IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 1 1 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| REFUGIO GONZALEZ | )( | |
| | )( | |
| VS. | )( | C.A. NO. _____ |
| | )( | |
| BOIS D'ARC OFFSHORE, LTD. AND | )( | |
| PRIDE INTERNATIONAL, INC. | )( | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, REFUGIO GONZALEZ, hereinafter referred to as Plaintiff, complaining of

BOIS D'ARC OFFSHORE, LTD. and PRIDE INTERNATIONAL, INC. hereinafter referred to as

Defendants and would respectfully show as follows:

1.      This is an action within the jurisdiction of this Court because it is a claim maintained

under general maritime law and because there exists an amount in controversy in excess of

$75,000.00.

2.      Plaintiff, REFUGIO GONZALEZ, is a resident of the Southern District of Texas.

3.      Defendant BOIS D'ARC OFFSHORE, LTD is a limited partnership doing business

in the Galveston Division of the Southern District of Texas.  This Defendant may be served with due

process herein by serving its registered agent for service, CT Corporation System, 1021 Main Street,

Suite 1150, Houston, Texas 77002.

4.      Defendant PRIDE INTERNATIONAL, INC. is a corporation doing business in the

Galveston Division of the Southern District of Texas. This Defendant may be served with due process herein by serving its registered agent for service, CT Corporation System, 1021 Main Street, Suite 1150, Houston, Texas 77002.

5.     Plaintiff would show that this lawsuit has become necessary as a result of personal injuries received on or about November 19, 2004. On that date, Plaintiff was working as a general operator on the PRIDE-ARIZONA rig that was owned by Defendant PRIDE INTERNATIONAL, INC. and being operated by Defendant BOIS D' ARC OFFSHORE LTD, when he was injured when a plate collapsed, causing Plaintiff to fall approximately eight feet. As a result, Plaintiff sustained injuries to his neck, back, legs, among other parts of his body.

6.     On said date, Defendants were negligent for failing to provide a safe workplace for Plaintiff and for negligently ensuring that the plate in question was properly secured.

7.     On said date as a result of said occurrence, Plaintiff sustained severe and painful injuries to his neck, back legs, among other parts of his body. Such occurrence and such injuries occurred as a proximate result of the unsafe working conditions on the PRIDE-ARIZONA rig, or in whole or in part, as a proximate result of the initial acts and/or negligence or lack of attention on the part of the defendants, their agents, servants and/or employees acting in the course and scope of their employment and agency.

8.     As a result of said occurrence, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish and other medical problems. In connection therewith, Plaintiff would show that he has sustained severe pain, physical impairment, discomfort, mental anguish, and distress to date and that in all reasonable probability, such physical pain, physical impairment and mental anguish will continue indefinitely and into the future. Moreover, Plaintiff has

suffered a loss of earnings in the past, as well as a loss of future earning capacity. Furthermore, he has incurred and will incur pharmaceutical and medical expenses in connection with said injuries. By reason of the foregoing, Plaintiff would show that he has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which amount he comes now and sues

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this citation issue and be served upon Defendants BOIS D'ARC OFFSHORE, LTD and PRIDE INTERNATIONAL, INC, in a form and manner prescribed by law, requiring that Defendants appear and answer herein, and that upon final hearing hereon, Plaintiff have judgment against said Defendants in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, and all such other and further relief, to which they may show they are justly entitled.

Respectfully submitted,

**VILLALOBOS & VAUGHAN, P.L.L.C.**

Jeffrey R. Vaughan
State Bar No: 24013676
Fed. I.D. No: 27623
2221 Primrose Avenue
McAllen, Texas 78504
Phone: (956) 687-4000
Facsimile: (956)664-2703

**Attorney for Plaintiff**

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Refugio Gonzalez | Bois D'Arc Offshore Ltd. Pride International, Inc. |
| **(b)** County of Residence of First Listed Plaintiff  Brazoria  (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant  Delaware  (IN U.S. PLAINTIFF CASES ONLY)  United States Courts  NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE  Southern District of Texas  LAND INVOLVED.  FILED  MAY 1 1 2005 |
| **(c)** Attorney's (Firm Name, Address, and Telephone Number)  Villalobos & Vaughan, PLLC  3511 Richmond Ave., Ste 110, Houston, TX 77046  (713) 521-0025 | Attorneys (If Known)  Michael N. Milby, Clerk of Court |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☑ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: General Maritime offshore accident.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  5/11/05

SIGNATURE OF ATTORNEY OF RECORD  [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____